**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| HARRY JUSTUS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-CV-80 SPM |
| | ) | |
| DR. RUANNE STAMPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to "Accept Relevant Evidence of Exhaustion" in this action brought pursuant to 42 U.S.C. § 1983. This Court does not accept discovery documents such as these unless they are attached to motions for relief, such as those brought under Federal Rule of Civil Procedure 56. The Court will instruct the Clerk to return the documents to plaintiff, as well as any additional discovery documents sent to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to "Accept Relevant Evidence of Exhaustion" [Doc. #9] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's exhibits attached to Docket No. 9 shall be returned to plaintiff as the Court does not accept discovery documents unless they are filed as attachments to motions for relief.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of January, 2018.