# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY JUSTUS, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 2:17-CV-80 SPM |
| DR. RUANNE STAMPS, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's request for the Court to review the deductions taken by the Missouri Department of Corrections from his prison account in order to pay his Court filing fees. Plaintiff states that he had his "entire state tip of $7.50" forwarded to this Court to pay his filing fees this past month. Plaintiff complains that this is more than the monthly payments of 20% of the preceding month's income, as designated in 28 U.S.C. § 1915(b)(1)-(2).

Without a copy of plaintiff's account statement, the Court cannot review how much money MDOC took from plaintiff's prisoner account this past month. However, the Court can state with certainty that Court records show that plaintiff paid the initial partial filing fee of $1.00 on December 29, 2017. Since that time, the Court has not received any additional funds from plaintiff or from the Missouri Department of Corrections toward plaintiff's filing fee.

If plaintiff believes additional funds have been taken from his prison account to put towards his filing fee in this Court, he should provide the Court with a copy of his prison account statement and detail his concerns to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request to review the deductions taken by MDOC from his account statement [Doc. #11] is **DENIED** without prejudice.

Dated this 17th day of January, 2018.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE