UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARRY JUSTUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:17-CV-80 SPM |
| DR. RUANNE STAMPS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the case file. It appears from the facts alleged in the complaint that the Court and plaintiff would benefit from appointment of counsel to represent plaintiff, who is proceeding pro se. Plaintiff has been granted leave to proceed in forma pauperis.

Accordingly,

**IT IS HERBY ORDERED** that Dominic R. Cicerelli, Boehmer Law, LLC, 1603 Boones Lick Road, St. Charles, Missouri, 63301, is appointed to represent plaintiff in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff's newly-appointed counsel with a complete copy of the court-file at no cost.

**IT IS FURTHER ORDERED** that Samuel Goldenhersh's motion to withdraw as appointed counsel for plaintiff [Doc. #15] is **GRANTED**.

**IT IS FURTHER ORDERED** that appointed counsel shall file an amended complaint in this matter within sixty (60) days of the date of this Memorandum and Order.

Dated this   6th    day of February, 2018.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE